IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CASSELL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NUMBER |
| | ) | |
| Vs. | ) | 1:13-cv-01691-WBH |
| | ) | |
| BLUE STAR INVESTORS, LLC, | ) | |
| and RAZAUR REHMAN, | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

The parties having jointly moved extend the discovery period in the above styled matter, and it appearing that good cause exists to support the requested extension, IT IS HEREBY ORDERED that the discovery period in the above styled case is extended for ninety (90) days through and including April 7, 2014 with a corresponding extension of all post-discovery deadlines.

SO ORDERED, this 23rd day of December, 2013.

_____
HONORABLE WILLIS B. HUNT, JR.
United States District Judge